UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO. 1:22-cv-102

| | |
|---|---|
| JOE and IRENE VALENTINE<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF CHAPEL HILL<br><br>    Defendant. | RESPONSE TO MOTION TO DISMISS |

COMES NOW, Joe and Irene Valentine (hereinafter "Plaintiffs"), and objects to Defendant's Motion to Dismiss filed May 19, 2022 for the reasons set forth in Plaintiffs brief filed simultaneously herewith.

WHEREFORE, Plaintiffs pray that the Court:

1.     Deny Defendant's Motion.

2.     Grant such further relief as the court deems appropriate.

Respectfully submitted, this is the ___ day of June, 2022.

                                                  BA FOLK, PLLC

                                                /s/ Randy H. Herman
                                                Randy H. Herman
                                                N.C. Bar No. 46101
                                                P.O. Box 90426
                                                Raleigh, NC 27675
                                                rherman@bafolk.com
                                                (o) 919-825-1250
                                                (f) 919.882.8297