IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JOE VALENTINE, and           )
IRENE VALENTINE,             )
                             )
        Plaintiffs,          )
                             )
   v.                        )      1:22-cv-102
                             )
TOWN OF CHAPEL HILL,         )
NORTH CAROLINA,              )
                             )
        Defendant.           )
```

### ORDER

This matter comes before the court on a Motion to Withdraw as Counsel. (Doc. 22.) Attorney Katherine Barber-Jones moves the court to withdraw as counsel of record for Defendant Town of Chapel Hill. Effective January 13, 2023, Ms. Barber-Jones separated employment from the law firm Hartzog Law Group, LLP. Having considered the motion, with Defendant's consent, and for good cause shown,

**IT IS ORDERED** that the Motion to Withdraw as Counsel, (Doc. 22), is **GRANTED** and attorney Katherine Barber-Jones is hereby withdrawn from representing Defendant. Remaining counsel of record for Defendant shall continue as counsel in this matter.

This the 19th day of January, 2023.

　　　　　　　　　　　　　　　　　／s／ William L. Osteen, Jr.
　　　　　　　　　　　　　　　　　United States District Judge