IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JOE VALENTINE and IRENE VALENTINE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:22-cv-102 |
| TOWN OF CHAPEL HILL, | ) ) | |
| Defendant. | ) | |

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**.

This the 29th day of March, 2024.

_____
United States District Judge